# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case Nos. 5D2025-0201
5D2025-0486
LT Case Nos. 2022-11151-CIDL
2024-12898-CIDL

_____

DAVID CHARLES SUSSMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Jonathan Edwin Mills, Orlando, for Appellant.

David Charles Sussman, Arcadia, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

August 6, 2026

PER CURIAM.

AFFIRMED. *See Diaz v. Bayview Loan Servicing, LLC*, 300 So.
3d 1235 (Fla. 3d DCA 2020); *Georges v. Ins. Technicians, Inc.*, 486

So. 2d 700, 701 (Fla. 4th DCA 1986); *Glatstein v. City of Miami*, 391 So. 2d 297, 298 (Fla. 3d DCA 1980).

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––